# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129867

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ERIC LEON WILLIAMS,
    Defendant-Appellant.

SC: 129867
COA: 265677
Calhoun CC: 94-001863-FC

_____/

On order of the Court, the application for leave to appeal the October 20, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

Clerk

p1219